## HEPMON v. THE CITY OF DUBUQUE.

PRACTICE IN THE SUPREME COURT: ASSIGNMENT OF ERRORS.

*Appeal from Dubuque Circuit Court.*

WEDNESDAY, OCTOBER 22.

THIS is an action to recover damages for injuries to certain real estate by reason of the change of the grade of certain streets upon which said real estate is situated, and the excavation of the streets to the new grade. There was a demurrer to the petition, which was overruled, and the defendant appeals.

*H. T. McNulty*, for appellant.

*Graham & Cady*, for appellee.

ROTHROCK, J.—The appellant has assigned errors, but has made no argument thereon. We have repeatedly held that errors assigned and not argued will not be considered by this court.

AFFIRMED.